

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00140-CV

_____

IN RE ANDRE DENNIS COLLIER, Relator

Original Proceeding
67th District Court of Tarrant County, Texas
Trial Court No. 067-292814-17

Before Wallach, Kerr, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, record for petition for writ of mandamus, and motion to stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion to stay are denied.

Per Curiam

Womack, J., would request a response.

Delivered: April 27, 2022